TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
    Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (415) 977-8928
    Marla.Letellier@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| LABRENA TANELLE RENT, | Case No. 5:25-cv-03329-E |
|---|---|
| Plaintiff, | |
| vs. | |
| FRANK BISIGNANO | [PROPOSED] |
| Commissioner of Social Security, | JUDGMENT OF REMAND |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand for Further

JUDGMENT OF REMAND                 Page 1

Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   4/10/26

_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND                    Page 2