Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
        1990 N. California Blvd.  8th Floor
        Walnut Creek, CA 94596
        Tel: (925) 222-7071
        Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
LABRENA TANELLE RENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LABRENA TANELLE RENT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:25-cv-03329-E<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,250.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 5/19/2026

_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE